# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

## NORTHERN DIVISION

DAVID H. FELDMAN, Pro Se  :

2220 Shefflin Court  :

Baltimore, MD 21209  :

Plaintiff  :

:

v.  :  Civil Action No.

EXPRESS HOMEBUYERS, LLC  :  JRR 25-CV- 3920

6564 Loisdale Court, Suite 315 :

Springfield, VA 22150  :

:

:

Defendant  :

:   :   :   :   :

FILED ____ ENTERED

LOGGED ____ RECEIVED

NOV 2 6 2025

AT BALTIMORE

CLERK, U.S. DISTRICT COURT

DISTRICT OF MARYLAND

BY _____ DEPUTY

## VERIFIED COMPLAINT

David H. Feldman. Pro Se, Plaintiff, sues Express Homebuyers, LLC, and

alleges as follows:

## JURISDICTION

1. Plaintiff is a citizen of Maryland, and Defendant is a citizen of Virginia.

The amount in controversy exceeds $75,000.

## VENUE

3. Plaintiff resides in the Northern District of Maryland, and Defendant, on information and belief, regularly does business in the Northern District of Maryland.

## OPERATIVE FACTS

4. On or about July 11, 2025, Defendant sent Plaintiff by presorted United States Mail an unconditional "real cash offer" to purchase Plaintiff's home located at 2220 Shefflin Ct, Baltimore, MD 21209 for $501,714. The letter also stated:

- We buy houses as-is, in any condition
- No commissions or hidden fees
- Choose your closing date

The letter also contained a specimen check payable to the order of David H. Feldman in the amount of $501,714. A photocopy of the letter is attached as Plaintiff's Exhibit 1.

5. On July 31, 2025, by Certified Mail, Plaintiff accepted Defendant's offer. A copy of Plaintiff's letter is attached as Plaintiff's Exhibit 2, and a copy of the United States Postal Service's Proof of Delivery is attached as Plaintiff's Exhibit 3.

6.  On August 25, 2025, Plaintiff emailed Defendant and asked whether it Intended to honor the contract between the parties.  A copy of Plaintiff's email Is attached as Plaintiff's Exhibit 4.

7.  The same day, Defendant responded by email that it would not agree to purchase Plaintiff's home at any price without first inspecting it.  A copy of Defendant's email is attached as Plaintiff's Exhibit 5.

8.  Later the same day, Plaintiff emailed Defendant and pointed out that the all cash offer did not say that it was premised on nearby homes in perfect condition or that an inspection would be required before Defendant could make a firm offer.  The email also stated that if Defendant wanted to be of assistance, it should honor its original offer.  A copy of Plaintiff's email is attached as Plaintiff's Exhibit 6.

## CLAIM FOR RELIEF

9.  When Plaintiff accepted Defendant's offer, a binding contract between the parties was formed, but Defendant has failed and refused to honor that contract.  This Honorable Court should order specific performance of that

contract and that Defendant reimburse Plaintiff for the court costs he has expended.

Respectfully submitted,

*David H. Feldman*

David H. Feldman, Pro Se

Plaintiff

## VERIFICATION

David H. Feldman, Pro Se, Plaintiff, under penalty of perjury, affirms that the foregoing Complaint is true and correct to the best of his knowledge, information, and belief.

*David H. Feldman*

David H. Feldman, Pro Se

Plaintiff

## JURY DEMAND

Plaintiff demands that his case be tried by a jury.

*David H. Feldman*

David H. Feldman, Pro Se

Plaintiff