**Mac VerStandig**



**From:** David H. Feldman <dfeldman@comcast.net>
**Sent:** Tuesday, March 31, 2026 3:06 PM
**To:** Russell S. Drazin <rdrazin@pardodrazin.com>
**Subject:** RE: David H. Feldman v. Express Homebuyers, LLC, Civil Action No. 1:25-cv-03920-JRR

Mr. Drazin,

I am not available for a discussion, sorry.

David H. Feldman

> On 03/31/2026 1:13 PM EDT Russell S. Drazin <rdrazin@pardodrazin.com> wrote:

> Mr. Feldman –

Would you please elaborate? I'd like to have an meaningful discussion with you about this, but I can't if you won't substantively reply.

Thank you.

Russell

Russell S. Drazin
**pardo** I **drazin** LLC
4400 Jenifer Street, NW, Suite 2
Washington, DC 20015
(202) 223-7900 (main)
(202) 223-7901 (facsimile)
(202) 683-1562 (direct)
rdrazin@pardodrazin.com
https://link.edgepilot.com/s/c51d163d/eKPOR3Oy9k2lx7NBvj-2Hg?u=http://www.pardodrazin.com/

Privileged and Confidential Communication

This email may contain privileged and/or confidential information.  f the reader of this email is not an intended recipient, you are hereby notified that you have received this email in error and that any review, dissemination, or copying is strictly prohibited.  f you have received this email in error, please notify me immediately and delete the email. Except in instances in which   have made direct reference above to redlining or "track changes" that are expressly conveyed for review, it is my intent to remove all metadata from the attachments to this email, and any metadata that may be found therein has been produced inadvertently and should not be reviewed.

**From:** David H. Feldman <dfeldman@comcast.net>
**Sent:** Monday, March 30, 2026 12:41 PM
**To:** Russell S. Drazin <rdrazin@pardodrazin.com>
**Subject:** Re: David H. Feldman v. Express Homebuyers, LLC, Civil Action No. 1:25-cv-03920-JRR

Dear Mr. Drazin,

I have read your email and the attached letter. I do not agree with your premises and am not prepared to dismiss the civil action, much less with prejudice. You may proceed accordingly.

2

Very truly yours,


David H. Feldman


On 03/30/2026 9:37 AM EDT Russell S. Drazin <rdrazin@pardodrazin.com> wrote:


Mr. Feldman –


Good morning.


I represent Express Homebuyers USA, LLC ("EHB"), a Virginia limited liability company registered to do business in the State of Maryland.


Would you please read the attached letter and statute, and then file a Notice of Dismissal with Prejudice? Would you please do this today?


Thank you.


Russell


Russell S. Drazin
**pardo** | **drazin** LLC
4400 Jenifer Street, NW, Suite 2
Washington, DC 20015
(202) 223-7900 (main)
(202) 223-7901 (facsimile)
(202) 683-1562 (direct)
rdrazin@pardodrazin.com

https://link.edgepilot.com/s/24495bb2/ swy5J5etkKn1hLbgcHB8Q?u=http://www.pardo drazin.com/

Privileged and Confidential Communication

This email may contain privileged and/or confidential information.  f the reader of this email is not an intended recipient, you are hereby notified that you have received this email in error and that any review, dissemination, or copying is strictly prohibited.  f you have received this email in error, please notify me immediately and delete the email. Except in instances in which  have made direct reference above to redlining or "track changes" that are expressly conveyed for review, it is my intent to remove all metadata from the attachments to this email, and any metadata that may be found therein has been produced inadvertently and should not be reviewed.