## EXPRESS HOMEBUYERS USA, LLC: Z07702988

⚠️ **Notice** ✕

Scheduled Maintenance

Today, between 5:00pm and 5:15pm EST, this website we will be unavailable due to routine maintenance. Please save your work and log off prior to 5:00pm EST. Thank you.

| | |
|---|---|
| Department ID Number: | Z07702988 |
| Business Name: | EXPRESS HOMEBUYERS USA, LLC |
| Principal Office:  | SUITE 315<br>6564 LOISDALE COURT<br>SPRINGFIELD VA 22150 |
| Resident Agent:  | JASON A. PARDO<br>9837 LA DUKE DRIVE<br>KENSINGTON MD 20895 |
| Status: | REVIVED |
| Good Standing: | THIS BUSINESS IS IN GOOD STANDING |
| Business Type: | FOREIGN LLC |
| Business Code: | 20 ENTITIES OTHER THAN CORPORATIONS |
| Date of Formation/ Registration: | 12/15/2003 |
| State of Formation: | VA |
| Stock Status: | N/A |
| Close Status: | N/A |