IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| DAVID H. FELDMAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:25-cv-03920-JRR |
| | ) | |
| v. | ) | |
| | ) | |
| EXPRESS HOMEBUYERS, LLC | ) | |
| | ) | |
| Defendant. | ) | |

**LOCAL RULE 103.3 DISCLOSURE**

Comes now Express Homebuyers USA, LLC ("EHU"), by and through undersigned counsel, pursuant to Local Rule 103.3, and discloses as follows:

EHU is a limited liability company organized pursuant to the laws of the Commonwealth of Virginia, the membership of which is comprised of two natural persons: Lawrence Bradford Chandler, III and Judson M. Allen.

Excepting EHU and David H. Feldman (the plaintiff herein), it is not reasonably believed any party has a financial interest in the outcome of this litigation. As is customary in the defense of civil litigation matters, the fees of undersigned counsel are charged on an hourly basis and are not in any way contingent upon the outcome of this litigation.

*[Signature on Following Page]*

1

Respectfully submitted,

Dated: April 1, 2026

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for Express Homebuyers*
*USA, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of April, 2026, a copy of the foregoing was served via this Honorable Court's CM/ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2