## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

## NORTHERN DIVISION

_____ FILED    _____ ENTERED
_____ LOGGED  ___ RECEIVED

MAY 1   2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                    DEPUTY

DAVID H. FELDMAN, Pro se          :

2220 Shefflin Court               :

Baltimore, MD 21209               :

        Plaintiff                 :

                      :

      v.                        :          Civil Action No. 25-cv-3920-JRR

EXPRESS HOMEBUYERS, LLC           :

6564 Loisdale Court, Suite 315 :

Springfield, VA 22150             ::

      Defendant                   :

                      :

                      :

:      :      :      :      :

## MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

David H. Feldman. Pro se, Plaintiff, opposes the Motion to Dismiss or, in the

Alternative, for Summary Judgment, filed on behalf of Defendant Express

Homebuyers, LLC.  The ground on which Plaintiff's opposition is based is that he

has filed a Verified Amended Complaint rendering Defendant's motion moot   If

the Court does not agree that the motion must be denied because it is moot,

Plaintiff requests an additional 14 days to respond further to the motion.

Respectfully submitted,

David H. Feldman, Pro se
Plaintiff

### CERTIFICATE OF SERVICE

Plaintiff hereby certifies that he served the foregoing opposition to

Defendant's motion on its counsel, Russell S. Drazin, Esq., Pardo & Drazin, LLC,

4400 Jennifer Street, Suite 2, Washington, D.C. 20015, by first class United States

Mail, postage prepaid, this 28th day of April, 2026.

David H. Feldman, Pro se
Plaintiff