**DAVID H. FELDMAN**
2220 SHEFFLIN COURT
BALTIMORE, MARYLAND 21209

_____

FILED _____ ENTERED
_____ LOGGED _SZS_ RECEIVED

MAY 1   2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                         DEPUTY

April 28, 2026

Honorable Catherine M. Stavias
Clerk, U.S. District Court for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    Feldman v. Express Homebuyers, LLC
           Civil Action No. 25-cv-3920

Dear Madam Clerk:

    Enclosed for filing is Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment. I appreciate your assistance in this regard. If you have any questions, please let me know

                Sincerely,

                _David H. Feldman_

                David H. Feldman

DHF:sel
Enclosure