

Mr. David Feldman
2220 Shefflin Ct
Baltimore, MD 21209-1026



_____ FILED      _____ ENTERED
_____ LOGGED   $2S RECEIVED

MAY 1 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                              DEPUTY
BY

BALTIMORE MD 212

29 APR 2026 PM 3 L

Honorable Catherine M. Stavias
Clerk, U.S. District Court for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

21201-262915

