### DAVID H. FELDMAN

**2220 SHEFFLIN COURT**
**BALTIMORE, MARYLAND 21209**

*Plaintiff's Exhibit 2*

TELEPHONE (410) 336-3737          EMAIL dfeldman@comcast.net          FAX (410) 486-3223

July 31, 2025

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Express Homebuyers
Attention: Brad Chandler
6564 Loisdale Court, Suite 315
Springfield, VA 22150

Dear Mr. Chandler:

Thank you for your undated letter enclosing a specimen check payable to my order dated 7/11/2025 in the amount of Five Hundred One Thousand Seven Hundred Fourteen ($501,714) dollars representing "a real cash offer for [my] property at 2220 Shefflin Ct. . . . Based on recent sales in your area, the check below reflects a real cash offer for your property. . . . No showings, repairs, or clean-up required."

I am writing this letter to accept your offer. Please be in touch with me promptly so that we can agree on a closing date that works for my schedule. Thank you.

Very truly yours,

David H. Feldman

DHF:sel