# USPS Tracking®

*Plaintiff's Exhibit 3*

FAQs >

**Tracking Number:**                                                    Remove ✕

## 9589071052702833099234

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 11:02 am on August 4, 2025 in SPRINGFIELD, VA 22150.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

## Delivered
**Delivered, Left with Individual**

SPRINGFIELD, VA 22150
August 4, 2025, 11:02 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

Enter tracking or barcode numbers