### DAVID H. FELDMAN
2220 SHEFFLIN COURT
BALTIMORE, MARYLAND 21209

———

April 27, 2026

——— FILED    ——— ENTERED
——— LOGGED  $5\mathcal{L}^a$ RECEIVED

MAY 1  2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                        DEPUTY

Honorable Catherine M. Stavias
Clerk, U.S. District Court for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

   Re: Feldman v. Express Homebuyers, LLC
     Civil Action No. 25-cv-3920

Dear Madam Clerk:

   Enclosed for filing is the original signed copy of the Amended Verified Complaint in the above-referenced civil action, together with two copies for service on the new defendants, Express Homebuyers USA, LLC, and Brad Chandler.  Please issue summons directed to the two new defendants for service by a Unite States Marshal or Deputy United States Marshal.  I appreciate your assistance in this regard. If you have any questions, please let me know

       Sincerely,

       *David H. Feldman*

       David H. Feldman

DHF:sel
Enclosures