

FILED _____ ENTERED
LOGGED _____ RECEIVED

MAY 1  2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Honorable Catherine M. Stavias
Clerk, U.S. District Court for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

