## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

### NORTHERN DIVISION

DAVID H. FELDMAN, Pro se          :

      Plaintiff          :

                  :

      v.          :          Civil Action No. 25-cv-3920-JRR

EXPRESS HOMEBUYERS, LLC          :

    6564 Loisdale Court, Suite 315

    Springfield, Virginia 22150          :

      Defendant          :

                  :

EXPRESS HOMEBUYERS USA, LLC          :

    6564 Loisdale Court, Suite 315 :

    Springfield, Virginia 22150          :

      Defendant:          :

    Serve:  Resident Agent Jason          :
    A.  Pardo, Esq.          :
    9837 La Duke Drive          :
    Kensington, Maryland 20895

BRAD CHANDLER          :

      Defendant          :

    6564 Loisdale Drive, Suite 315  :