IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

NORTHERN DIVISION

DAVID H. FELDMAN, Pro se            :

            Plaintiff            :

                       :

     v.            :            Civil Action No. 25-cv-3920-JRR

EXPRESS HOMEBUYERS, LLC            :

     6564 Loisdale Court, Suite 315
     Springfield, Virginia 22150            :

            Defendant            :

                       :

EXPRESS HOMEBUYERS USA, LLC            :

     6564 Loisdale Court, Suite 315 :
     Springfield, Virginia 22150            :

            Defendant:            :

     Serve:  Resident Agent Jason            :
     A.  Pardo, Esq.            :
     9837 La Duke Drive            :
     Kensington, Maryland 20895

BRAD CHANDLER            :

            Defendant            :

     6564 Loisdale Drive, Suite 315  :

Page 1 of 5