## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

## NORTHERN DIVISION

| | |
|---|---|
| DAVID H. FELDMAN, Pro se | : |
| Plaintiff | : |
| | : |
| v. | : |
| EXPRESS HOMEBUYERS, LLC | : |
| 6564 Loisdale Court, Suite 315 | : |
| Springfield, Virginia 22150 | : |
| Defendant | : |
| | : |
| EXPRESS HOMEBUYERS USA, LLC | : |
| 6564 Loisdale Court, Suite 315 | : |
| Springfield, Virginia 22150 | : |
| Defendant | : |
| Serve:  Resident Agent | : |
| Jason A. Pardo, Esq. | : |
| 9837 La Duke Drive | : |
| Kensington, Maryland 20895 | : |
| | : |
| LAWRENCE BRADFORD CHANDLER, III: | |
| Defendant | : |

Civil Action No. 25-cv-3920-JRR

FILED _____ ENTERED
LOGGED _____ RECEIVED

MAY 1 5 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

6564 Loisdale Drive, Suite 315 :

Springfield, Virginia 22150      :

                               :

       :    :    :    :    :    :    :

## MOTION FOR LEAVE TO FILE A VERIFIED AMENDED COMPLAINT

Plaintiff Pro se, David H. Feldman, moves for an order allowing him to file a

Verified Amended Complaint and in support thereof refers the Court to his

contemporaneously-filed Memorandum of Law in Support of His Motion for Leave

to File a Verified Amended Complaint.

Respectfully submitted,

*David H. Feldman*

David H. Feldman, Plaintiff Pro se

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I mailed a copy of the foregoing Motion for Leave to

File a Verified Amended Complaint, postage prepaid, to Maurice B. VerStandig,

Esq., The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, # 665,

Henderson, Nevada 89012, this 12th day of May, 2026, attorney for Defendant

Express Homebuyers, LLC.

David H. Feldman
Plaintiff, Pro se