# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

## NORTHERN DIVISION

DAVID H. FELDMAN, Pro se      :

     Plaintiff      :

     :

     v.      :     **Civil Action No. 25-cv-3920-JRR**

EXPRESS HOMEBUYERS, LLC      :

     6564 Loisdale Court, Suite 315

     Springfield, Virginia 22150      :

     Defendant      :

     :

EXPRESS HOMEBUYERS USA, LLC      :

     6564 Loisdale Court, Suite 315 :

     Springfield, Virginia 22150      :

     Defendant:      :

     Serve:  Resident Agent Jason      :

     A.  Pardo, Esq.      :

     9837 La Duke Drive      :

     Kensington, Maryland 20895      :

     :

LAWRENCE BRADFORD CHANDLER, III:

     Defendant      :

FILED
LOGGED
ENTERED
RECEIVED
MAY 1 5 2026
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY
DEPUTY

6564 Loisdale Drive, Suite 315  :
Springfield, Virginia 22150      :
                    :    :    :    :    :    :    :

## VERIFIED AMENDED COMPLAINT

Plaintiff David H. Feldman. Pro se, sues Express Homebuyers, LLC, Express

Homebuyers USA, LLC, and Lawrence Bradford Chandler, III and alleges as follows:

### JURISDICTION

1.  Plaintiff is a citizen of Maryland, and Defendants are citizens of Virginia.

The amount in controversy exceeds $75,000.

### VENUE

2. Plaintiff resides in the Northern District of Maryland, and Defendants, on

information and belief, regularly do business in the Northern District of

Maryland.

### OPERATIVE FACTS

3. On or about July 11, 2025, Defendant Express Homebuyers, LLC sent

Plaintiff by presorted United States Mail an unconditional "real cash

offer" to purchase Plaintiff's home located at 2220 Shefflin Court,

Baltimore, Maryland 21209 for $501,714.  The letter, which was signed by Defendant Lawrence Bradford Chandler, III, also stated:

- We buy houses as-is, in any condition

- No commissions or hidden fees

- Choose your closing date

The letter also contained a specimen check payable to the order of David H. Feldman on the amount of $501,714 signed by Defendant Lawrence Bradford Chandler, III.  A photocopy of the letter is attached as Plaintiff's Exhibit 1.

4.  In fact, on information and belief, Defendant Express Homebuyers, LLC does not exist; rather, the real party in interest is Defendant Express Homebuyers USA, LLC.

5.  On July 31, 2025, by Certified Mail, Plaintiff accepted Defendants' offer. A copy of Plaintiff's letter is attached as Plaintiff's Exhibit 2, and a copy of the United States Postal Service's Proof of Delivery is attached as Plaintiff's Exhibit 3.

6. On August 25, 2025, Plaintiff emailed Defendant Chandler and asked whether he intended to honor the contract between the parties. A copy of Plaintiff's email is attached as Plaintiff's Exhibit 4.

7. The same day, Defendant Chandler responded by email that he would not agree to purchase Plaintiff's home at any price without first inspecting it. A copy of Defendant Chandler's email is attached as Plaintiff's Exhibit 5.

8. Later the same day, Plaintiff emailed Defendant Chandler and pointed the all-cash offer did not say that it was premised on nearby homes in perfect condition or that an inspection would be required before Defendant Chandler could make a firm offer. A copy of Plaintiff's email is attached as Plaintiff's Exhibit 6.

**CLAIM FOR RELIEF**

9. When Plaintiff accepted Defendants' offer, a binding contract between the parties was formed, and Defendants have failed and refused to honor that contract. This Honorable Court should order specific performance of that contract and, in addition, that Defendants, jointly

and severally, reimburse Plaintiff for the court costs he has incurred and will incur in prosecuting this civil action.

Respectfully submitted,

David H. Feldman, Plaintiff, Pro se

## VERIFICATION

David H. Feldman, Pro se, Plaintiff, under penalty of perjury, affirms that the

foregoing Amended Complaint is true and correct to the best of his knowledge,

information, and belief.

David H. Feldman, Plaintiff, Pro se

## JURY DEMAND

Plaintiff demands that his case be tried by a jury.

David H. Feldman, Plaintiff, Pro se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of May, 2026, I served a copy of the

foregoing Verified Amended Complaint on Defendant Express Homebuyers, LLC,

by mailing a copy, postage prepaid, by United States Mail, to its counsel, Maurice

B. VerStandig, Esq., The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #

665, Henderson, Nevada 89012

_David H. Feldman_

David H. Feldman, Plaintiff, Pro se