*Plaintiff's Exhibit 3*

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052702833099234

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 11:02 am on August 4, 2025 in SPRINGFIELD, VA 22150.

Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

SPRINGFIELD, VA 22150
August 4, 2025, 11:02 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                        ⌄

USPS Tracking Plus®                                                          ⌄

Product Information                                                          ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

Feedback