*Plaintiff's Exhibit 6*

David H. Feldman <dfeldman@comcast.net>                    8/25/2025 3:32 PM

## Re: Accepted offer to buy my home

To Brad Chandler <brad@expresshomebuyers.com>

Sir:

Your "all cash offer" did not say it was premised on nearby homes in perfect condition or that an inspection would be required before you could make a firm offer.  If you want to be of assistance, you should honor your original offer.  As it appears that you refuse to do that, I will proceed accordingly.

DHF

On 08/25/2025 11:24 AM EDT Brad Chandler <brad@expresshomebuyers.com> wrote:

Good morning david. I'm not 100% sure what you mean about the offer. I think you received a check from us in the mail. Below that check it says this is not an official offer. Those numbers are based on homes in near perfect condition. So unfortunately, we will not be able to pay you that amount and in order to get an exact amount, we would have to come out and visit the home. Let me know how I can be of assistance. Hope you have a wonderful day.

Thanks,

**Brad Chandler**

Co-Founder, **Express Homebuyers**

6564 Loisdale Ct., Suite 315

Springfield, VA  22150

571-212-0034

A+ Rated by the Better Business Bureau

From: David H. Feldman <dfeldman@comcast.net>
Sent: Monday, August 25, 2025 11:13 AM
To: Brad Chandler <brad@expresshomebuyers.com>
Subject: Accepted offer to buy my home

Sir:

Three (3) weeks ago, you received my written acceptance of your offer to purchase my home.  I have not heard from you since about agreeing to a closing date or otherwise.  Please advise me within seven (7) days what your intentions are in this regard.  If I do not hear from you within that timeframe, I will proceed accordingly. Thank you in advance for your attention to this matter.

Very truly yours,

David H. Feldman