**DAVID H. FELDMAN**
2220 SHEFFLIN COURT
BALTIMORE, MARYLAND 21209

———

May 12, 2026

FILED ___ ENTERED
LOGGED _SLS_ RECEIVED

MAY 15 2026

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

Honorable Catherine M. Stavias
Clerk, U.S. District Court for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

     Re:    Feldman v. Express Homebuyers, LLC
            Civil Action No. 25-cv-3920-JRR

Dear Madam Clerk:

    Enclosed for filing is Plaintiff's Motion for Leave to File a Verified Amended Complaint, together with his Memorandum of Law in Support of His Motion for Leave to Amend. I appreciate your assistance in this regard. If you have any questions, please let me know

                         Sincerely,

                         *David H. Feldman*

                         David H. Feldman

DHF:sel
Enclosures