

David H Feldman
2220 Shefflin Ct
Baltimore MD 21209-1026









FILED — ENTERED
LOGGED — RECEIVED

MAY 15 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Honorable Catherine M. Stavias
Clerk, U.S. District Court for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

Inspected

MAY 15 2026

Court Security Officer



