*Plaintiff's Exhibit 1*

Dear David H Feldman,

This check reflects a real cash offer for your property at 2220 Shefflin Ct.

We're Express Homebuyers, a trusted local home-buying company that's purchased over 4,000 homes since 2003. Based on recent sales in your area, the check below reflects a real cash offer for your property. We may even be able to pay more based on the condition. No showings, repairs, or clean-up required.

Need to close fast? We can do it in as little as 7 days or on your schedule.

Call or Text Us Today: (410) 538-1512

*Brad Chandler*



**Call or Text today (410) 538-1512**

We'll answer your questions and give you peace of mind.

## Why Choose Us?

- We buy houses as-is, in any condition
- No commissions or hidden fees
- Choose your closing date
- Trusted local team hundreds of 5-star reviews

Inherited a home? Dealing with tenants? Probate? Damage?

**WE CAN HELP!**

---

🔒 DOCUMENT HAS A BLUE BACKGROUND & MICROPRINTING. BACK HAS AN ARTIFICIAL WATERMARK, HOLD AT ANGLE TO VIEW. VOID IF NOT PRESENT. 🔒

Express Homebuyers
6564 Loisdale Ct., Ste. 315
Springfield, VA 22150
(410) 538-1512

No. 34651

Date _7/11/2025_

Pay to the order of ___David H Feldman___    $501,714

___Five Hundred One Thousand Seven Hundred Fourteen___ DOLLARS

PAY TO THE ORDER OF:
David H Feldman   76 34651
2220 Shefflin Ct
Baltimore, MD 21209-1026

*Brad Chandler*

AUTHROIZED SIGNATURE

DISCLAIMER: This is not a real check. To receive your real cash offer, Call or Text today (410) 538-1512!