David H. Feldman
2220 Shefflin Court
Baltimore, Maryland 21209

UNITED STATES OF AMERICA
FOREVER/USA

USA
SCHOOL
LOCAL SCHOOL DISTRICT
ADDITIONAL OUNCE

USA
SCHOOL
LOCAL SCHOOL DISTRICT
ADDITIONAL OUNCE

Clerk
U.S. District Court
101 W. Lombard St
Baltimore, MD 21201

CVO

MORE
DISTRICT COURT
...ICT OF MARYLAND
DEPUTY
AUG 3 1 2026

___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED